# Order

Michigan Supreme Court
Lansing, Michigan

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

144224

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM GARY BASNER, II,
      Plaintiff-Appellee,

v

SC: 144224
COA: 306520
Tuscola CC: 08-024754-CK

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellant,

and

JEREMY MICHAEL MENDHAM,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

Clerk

p0416